OPINION — AG — ** BUILDING FUND — SCHOOL DISTRICT — CONSTRUCTION ** THE COST OF CONSTRUCTING AN ADDITION TO AN EXISTING SCHOOL BUILDING CAN BE PAID FOR WITH MONEY IN THE SPECIAL BUILDING FUND REFERRED TO IN 70 O.S. 1-20 [70-1-20] (SPECIAL BUILDING FUND, PROCEEDS OF THE FUND, LEVY, PROCEEDS, PROPERTY, BUILDINGS, CONSTRUCTION, TAXABLE PROPERTY) CITE: 70 O.S. 1-20 [70-1-20], ARTICLE X, SECTION 10 (J. H. JOHNSON)